1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel
   ANN L. MALEY, CSBN 176877
4  Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8974
8       Facsimile: (415) 744-0134
        Email: ann.maley@ssa.gov
9  Attorneys for Defendant
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA
13                         SACRAMENTO DIVISION

14

15  DAVID E. CASTANEDA,                  )  2:14-cv-1903 JAM CKD
                                         )
16       Plaintiff,                      )  **ORDER RE EXTENDING TIME TO**
                                         )  **FILE DEFENDANT'S**
17       v.                              )  **OPPOSITION TO PLAINTIFF'S**
                                         )  **MOTION FOR SUMMARY**
18  CAROLYN W. COLVIN, Acting            )  **JUDGMENT**
19  Commissioner of Social Security,     )
                                         )
20       Defendant.                      )
                                         )
21  _____  )

22
        Based upon the parties' stipulation, and for good cause shown, IT IS
23
    ORDERED that Defendant shall be given 30 additional days to file her opposition
24
    to Plaintiff's motion for summary judgment.  Defendant's opposition is now due
25
    March 2, 2015.  All other deadlines are extended accordingly.
26
    Dated:  January 27, 2015
27                                        _____
28                                        CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE